UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| BENJAMIN HULSEY, Institutional ID No. 81043,<br><br>Plaintiff,<br><br>v.<br><br>DR. GEORGE WOODWARD, *et al.*,<br><br>Defendants. | No. 1:23-CV-00063-H |

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's complaint is dismissed with prejudice.

Dated October 30, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge